**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7767**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

IRA STANFORD MULLINS, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (CR-99-10052, CA-01-251)

---

Submitted: February 14, 2002      Decided: February 26, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ira Stanford Mullins, Jr., Appellant Pro Se. Eric Matthew Hurt, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ira Stanford Mullins, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Mullins, Nos. CR-99-10052; CA-01-251 (W.D. Va. July 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2